IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA KENEDI CALLAHAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SMITHKLINE BEECHAM CORPORATION | : | |
| d/b/a GLAXOSMITHKLINE, and | : | |
| GLAXOSMITHKLINE LLC | : | No. 14-791 |

## ORDER

AND NOW, this 9th day of April 2014, upon consideration of (1) Defendant's Motion to Transfer Venue (Docket Entry 5), Plaintiff's Opposition thereto (Docket Entry 6), Defendant's Reply (Docket Entry 9), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**;

2. Venue in this case is **TRANSFERRED** to the United States District Court for the Eastern District of Kentucky, Southern Division; and

3. The Clerk is **DIRECTED** to mark this case closed.

BY THE COURT:

/s/John R. Padova

John R. Padova, J.